# BROACH & STULBERG, LLP

## ATTORNEYS AT LAW

JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR.⁺

JOSHUA S.C. PARKHURST⁰
AMY F. SHULMAN⁹

* NY AND CA BARS
⁺ NY AND DC BARS
⁰ NY NJ AND FL BARS
⁹ NY MA AND DC BARS
° NY BAR

ONE PENN PLAZA
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

BROOKLYN OFFICE

*Nov 8 2005*

MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS November 1, 2005
ON ALL PARTIES UPON RECEIPT

Application granted.
The proposed revised
discovery deadlines and briefing
schedule are approved.
SO ORDERED.

s/Robert Levy
11/4/05

**VIA FACSIMILE**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>James Boyd, et al., v. Interstate Brands Corp., 00 Civ. 2249 (JG)(RML)</u>

Dear Judge Levy:

  We represent the plaintiffs in the above-referenced action. We are writing with the consent of counsel for defendant Interstate Brands Corporation ("IBC") to respectfully request the Court's approval of an adjournment of the deadlines for completing class certification discovery and for briefing the class certification motion. We make this request for the following reasons.

  On September 22, 2004, defendant IBC filed a voluntary petition in bankruptcy pursuant to Chapter 11 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 362(a), IBC's bankruptcy filing automatically imposed a stay of all proceedings in this action. On November 24, 2004, plaintiffs filed a motion with the Bankruptcy Court for an order lifting the automatic stay to permit the instant action to proceed. On January 18, 2005, plaintiffs and IBC entered into a stipulation lifting the automatic stay for the "sole and limited purposes of a motion and decision regarding class certification" in this action. The Bankruptcy Court approved the stipulation on January 25, 2005.

  On June 30, 2005, the parties submitted a Joint Status Report, which described the status of class certification discovery, identified unresolved issues between the parties and proposed a class certification motion briefing schedule. The Joint Status Report stated that the parties had

Honorable Robert M. Levy
November 1, 2005
Page 2

completed all depositions relevant to class certification, except for the continuation of two depositions.[1] The Joint Status Report also proposed a class certification motion briefing schedule that required the motion to be filed on February 13, 2006 and fully briefed by May 9, 2006, which includes defendant filing a sur-reply brief on that date.

Since the submission of the Joint Status Report to the Court, counsel for the parties have agreed that IBC will produce certain personnel information from defendant's computer data base for review by plaintiffs' expert and counsel. Certain issues relating to the scope of the information to be produced from the computer data base arose which delayed the production of the requested computerized data. Those issues have been resolved by the parties, but certain technical problems arose concerning the extraction of data from defendant's computer system. Consequently, defendant now anticipates producing the requested information to plaintiffs by November 11. Upon receipt of the computer data base discovery, plaintiffs' expert will require time to complete his analysis and prepare his expert report. Consequently, the requested adjournment of the deadlines for completing class certification discovery and for briefing the class certification motion is necessary.

Also, plaintiffs and IBC are continuing to negotiate IBC's production of documents, subject to counsel reaching agreement on the process and protection of confidentiality and/or agreement on the terms of an amended Confidentiality Stipulation, from the personnel files of certain of defendant's General Managers.

As the parties advised the Court in the June 30, 2005 status report letter, prior to submission of the class certification motion, the parties need to conclude their discovery and respective analysis of the discovery produced in this action, and to conduct expert witness discovery, including the exchange of expert witness reports and expert witness depositions. The parties also have unresolved issues related to defendant's claims concerning the adequacy of plaintiffs' responses to certain discovery requests and compliance with the Court's prior discovery rulings, as well as the deposition of plaintiffs regarding supplemental discovery

---

[1] IBC has requested an additional day to complete the deposition of named plaintiff James Boyd, and the parties are in the process of scheduling that deposition date. Plaintiffs have requested that IBC produce its General Manager James Forbes for an additional half-day of deposition. IBC has not agreed to that request. The parties continue to attempt to resolve this matter, but, if they are unable to do so, will seek the Court's intervention. Defendant also has an unresolved issue regarding the deposition of plaintiffs regarding supplemental discovery responses and denials of admission requests. Plaintiffs oppose any additional depositions of plaintiffs.

Honorable Robert M. Levy
November 1, 2005
Page 3

responses and denials of admission requests. Defendant also intends to file a motion for partial summary judgment on certain claims by the named plaintiffs.

For the foregoing reasons, the parties require additional time to complete discovery and brief the motion for class certification. Accordingly, the parties propose the following schedule:

2/1/06: Plaintiffs' expert witness report to be served

4/11/06: Defendant's expert witness' report to be served

5/12/06: Class certification motion.

6/28/06: Class certification opposition

7/25/06: Class certification reply

8/9/06: Defendant's sur-reply.

Defendant will have the opportunity to depose plaintiffs' expert between February 1, 2006 and April 11, 2006 and plaintiffs will have the opportunity to depose defendant's expert between April 11, 2005 and June 12, 2006. The parties have agreed to use their best efforts to insure that these depositions are scheduled well in advance of the respective deadlines.

The Court's considerations are appreciated.

Respectfully submitted,

BROACH & STULBERG, LLP

By: _____
David C. Sapp (DS5781)

cc: Brian Finucane, Esq. (via facsimile and first-class mail)
Mark Stites, Esq. (via facsimile and first-class mail)

# BROACH & STULBERG, LLP

ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010

JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR.⁺

JOSHUA S.C. PARKHURST°
AMY F. SHULMAN⁶

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

* NY AND CA BARS
⁺ NY AND DC BARS
⁺ NY NJ AND FL BARS
⁶ NY MA AND DC BARS
° NY BAR



# FAX MESSAGE COVER SHEET

**DATE:**    November 1, 2005

**TO:**      Honorable Robert M. Levy
             Unites States Magistrate Judge
             United States District Court
             225 Cadman Plaza East
             Brooklyn, New York 11201
             FAX No.: (718) 260-2647    TEL No.: (718) 260-2340

**FROM:**    David C. Sapp, Esq.
             FAX No.: (212) 947-6010    TEL No.: (212) 268-1000

**RE:**      James Boyd, et al., v. Interstate Brands Corp.,
             00 Civ. 2249 (JG)(RML)

---

THIS MESSAGE IS BEING SENT BY FAX ONLY UNLESS OTHERWISE MARKED BELOW:

☐ REGULAR MAIL    ☐ CERTIFIED MAIL    ☐ OVERNIGHT MAIL

☐ HAND DELIVERY   ☐ E-MAIL             ☐ OTHER

---

This transmission is intended only for the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that disseminating this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original without making a copy.

---

TOTAL NO. OF PAGES (INCLUDING COVER SHEET):

Please notify sender immediately of any problems or
difficulties with this transmission, at (212) 268-1000