# FISHER & PHILLIPS LLP
### ATTORNEYS AT LAW

www.laborlawyers.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 17 2006 ★
BROOKLYN OFFICE

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT

**Kansas City**
The Stilwell Building
Suite 400
104 West Ninth Street
Kansas City, MO 64105
(816) 842-8770 Tel
(816) 842-8767 Fax

Writer's Direct Dial:
816-460-1234
Writer's E-mail:
bfinucane@laborlawyers.com

February 7, 2006

*The application is granted - SO ORDERED*
s/Robert Levy
2/8/06

**Via Telefax**
The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: James Boyd, et al., v. Interstate Brands Corp., 00 Civ 2249 (JG)(RML)

Dear Judge Levy:

We represent defendant in the above referenced case.

This is to advise the Court that defendant will not object to the amended schedule proposed in the February 1, 2006 letter from David C. Sapp, counsel for plaintiffs.

During my discussion today with Mr. Sapp, he determined that a footnote inadvertently was dropped from his February 1 letter to the Court. The footnote related to one agreed upon deposition and other still disputed deposition issues. We agreed that I would provide to the Court the text of the footnote in this letter, which then could be considered part of Mr. Sapp's February 1, 2006 letter proposing the amended schedule. The footnote text reads as follows:

> IBC has requested an additional day to complete the deposition of named plaintiff James Boyd, and the parties are in the process of scheduling that deposition date. Plaintiffs have requested that IBC produce its General Manager James Forbes for an additional half-day of deposition. IBC has not agreed to that request. The parties continue to attempt to resolve this matter, but, if they are unable to do so, will seek the Court's intervention. Defendant also has an unresolved issue regarding the deposition of plaintiffs regarding supplemental discovery responses and denials of admission requests. Plaintiffs oppose any additional depositions of plaintiffs.

We appreciate the Court's consideration of this matter.

Very truly yours,

Brian J. Finucane
For FISHER & PHILLIPS LLP

cc: David C. Sapp, Counsel for Plaintiffs

Atlanta · Charlotte · Chicago · Columbia · Fort Lauderdale · Irvine · Kansas City · Las Vegas · New Orleans · Oakland · Orlando · Portland · San Diego · Tampa

KansasCity 195860.1